UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-13652 |
| Sabrina Arce ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | | |
| ) | Kane | |
| Debtor(s) ) | | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT AND SHORTEN NOTICE

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1) The Debtor is permitted to purchase a 2016 Hyundai Elantra or similar vehicle, with an amount financed not to exceed $13,605, interest not to exceed 16.75%, and monthly payments not to exceed $301.03.
2) Notice is shortened.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 19, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600